UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: Stoneridge Building & Development, LLC BK No.

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Kellie A. Najas, Managing Member, declare under penalty of perjury that I am the Managing Member of Stoneridge Building & Development, a Massachusetts limited liability company, and that, in my capacity as Managing Member, I hereby adopt the following resolutions on behalf of the Company:

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Steven J. Najas is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Steven J. Najas is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Steven J. Najas is authorized and directed to employ Russell D. Raskin, Esquire, and the law firm of Raskin & Berman to represent the Company in such bankruptcy case."

Kellie A. Najas
Kellie A. Najas, Managing Member

DATED: 10/23/2026