Form 332 332.jsp

**UNITED STATES BANKRUPTCY COURT**
District of Rhode Island

---

Chapter: 7 Case No.: 1:26−bk−10953
Judge: John A Dorsey Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stoneridge Building & Development, LLC
111 Miles Avenue
East Providence, RI 02914

---

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BLANKET BOND

1. The following interim Trustee is hereby appointed, and the Trustee's standing bond is fixed under the general blanket bond heretofore approved.

Stacy B. Ferrara
Nolan, Brunero, Cronin & Ferrara, Ltd.
1070 Main Street
Coventry, RI 02816

2. If the Trustee rejects this selection, the Trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice. Otherwise, the Trustee will be deemed to have accepted the office of trustee.

Dated: 10/23/26

United States Trustee

---

REJECTION

I, Stacy B. Ferrara , hereby REJECT appointment as Trustee.
Dated: ________________

______________________________
Stacy B. Ferrara

NOTE: If rejected, file with the Court.