***UNITED STATES BANKRUPTCY COURT***
***DISTRICT OF RHODE ISLAND***

***In re: Stoneridge Building & Development, LLC*** | ***BK No. 1:26−bk−10953***

## *Order to File Missing Documents and Notice of Automatic Dismissal For Non−Compliance−− Chapter 7 Case*

A petition was filed in the above case on **10/23/26** .

Under local rule 1007−1, the following documents and/or information is missing and must be filed on or before **11/6/2026 ,** plus an additional three days if served by mail as shown on the certificate of service below.

If you do not timely file the missing documents or a motion to extend time by the deadline above, or fail to file a request for relief pursuant to local rule 1017−2(b) within 7 days of this order, your bankruptcy case will be automatically dismissed without further notice.

***B202 − declaration under penalty of perjury***
***B206a/b − property non individual***
***B206d − creditors who hold claims secured***
***B206e/f −creditors who have unsecured claims***
***B206g −executory contracts and unexpired leases***
***B206h −your Codebtors***
***B207 − statement of financial affairs***
***Stmt. Attorney Comp w/ signatures***

***Corporate Vote (LBR 1002−1)***
***Other:***

## *Certificate of Service*

| ***Debtor*** | ***Debtor's Attorney*** | ***Chapter 7 Trustee*** |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |

Dated ***: 10/26/26***
Document Number: **4 − 1**

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

***So Ordered:***

304non.jsp